UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:  Linda S. Coughlin                                         Case No.  13-22278
        Daniel F. Coughlin                                        Chapter 7

        DEBTOR                                                    Re: ECF No. 5

ORDER DISMISSING CHAPTER 7 CASE

_____   The debtor has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. 1307, 1112 or 1208.  The court finds, after notice and a hearing, that the motion should be granted.

_____  A party in interest has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case.  The courts finds, after notice and a hearing that the motion should be granted.

__X____ A court's motion having been heard in accordance with 521(I) for failure to file Means Test in accordance with ECF No. 5, Deficiency Notice.  Notice having been given.


IT IS ORDERED THAT:

   1. This Chapter 7 case is DISMISSED.



Dated: January 7, 2014

                                                                  *Albert S. Dabrowski (signature)*
                                                                  Albert S. Dabrowski
                                                                  Chief United States Bankruptcy Judge